UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on
**11/1/2010**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Case No.: _____

Hearing Date: _____

Judge: _____

Chapter: _____

Recommended Local Form:  ❒ Followed   ❒ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
_____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 11/1/2010**

*Raymond T. Lyons*
Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

A motion or application having been filed on _____, 20 \_\_\_ by

_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

*Approved by Judge Raymond T. Lyons  November  01, 2010*